[No. 42322-7-II.   Division Two.   October 2, 2012.]

*In the Matter of the Detention of* S.B.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-6-00356-6, Frederick W. Fleming, J., entered May 26, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Penoyar, J.; Quinn-Brintnall, J., concurring in the result only.

[No. 42452-5-II.   Division Two.   October 2, 2012.]

POTELCO, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-2-00677-8, Theodore F. Spearman, J., entered July 5, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 29325-4-III.   Division Three.   October 2, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. EMORY E. REEVES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-03868-7, Annette S. Plese, J., entered August 26, 2010. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney and Brown, JJ.

[No. 29951-1-III.   Division Three.   October 2, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL SCOTT BICKLE, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 10-1-00170-5, David Frazier, J., entered May 10, 2011. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Sweeney, J.